**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARTHA PERAZA and MAURA GAWIN, individually and on behalf of all others similarly situated,** | ) ) ) | |
| | ) | **Civil Action No. 11 C 8390** |
| **Plaintiffs,** | ) | |
| | ) | **Judge Lee** |
| **v.** | ) | |
| | ) | |
| **DOMINICK'S FINER FOODS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR LEAVE
TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES IN SUPPORT OF THE
PARTIES' AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED
SETTLEMENT AND FOR CLASS CERTIFICATION**

Plaintiffs, by and through their attorneys, hereby request leave to file a Memorandum in Support of The Parties' Motion For Preliminary Approval of Proposed Settlement and For Class Certification. In support of their motion, Plaintiffs state as follows:

1. As reported at the last status hearing, the Parties reached a settlement in this matter with the assistance of a mediator.

2. The Court ordered that the Parties submit their motion for preliminary approval on or before November 5, 2012. ECF No. 35.

3. In order to fully discuss the benefits that the parties' settlement confers on the settlement classes, as well as the factors favoring preliminary approval of the settlement and the reasons supporting class certification, Plaintiffs seek leave from the Court to file a Memorandum of Law in excess of 15 pages and not to exceed 22 pages.

4. Defendant does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request the Court grant their motion for leave to file a Memorandum in Support of The Parties' Motion for Preliminary Approval of Proposed Settlement and For Class Certification in excess of 15 Pages and for a total not to exceed 22 pages.

Respectfully submitted,

Dated:  October 31, 2012

s/Maureen A. Salas
One of Plaintiffs' Attorneys

Douglas M. Werman- dwerman@flsalaw.com
Maureen A. Salas –msalas@flsalaw.com
David E. Stevens- dstevens@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008