IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTHA PERAZA and MAURA GAWIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOMINICK'S FINER FOODS, INC. OF ILLINOIS,<br><br>        Defendant. | No. 11-cv- 8390<br><br>Judge Lee |

**JOINT MOTION TO ENLARGE TIME TO FINALIZE SETTLEMENT DOCUMENTS AND FILE MOTION FOR PRELIMINARY APPROVAL**

The parties, through their counsel, request that this Court enlarge the November 5, 2012 date to file a motion to approve the parties' class action settlement from November 5, 2012 until November 9, 2012, and continue the November 14, 2012 preliminary approval date until November 20, 2012. In support of this motion, the parties state as follows:

    1.    On September 25, 2012, the Court ordered Plaintiffs to file all preliminary approval documents in this case on or before November 5, 2012. ECF # 35. The preliminary approval hearing is currently scheduled for November 14, 2012. *Id.*

    2.    The settlement documents are fully negotiated and the parties have prepared a joint motion for preliminary approval. Defendant, however, requires several additional days to give the settlement documents and joint motion a final review before those documents are filed with the Court.

    3.    As a result, the parties request that this Court enlarge the November 5, 2012 date to file a motion to approve the parties' class action settlement from November 5, 2012 until

November 9, 2012, and continue the November 14, 2012 preliminary approval date until November 20, 2012.

    WHEREFORE, the parties request that this Court enlarge the November 5, 2012 date to file a motion to approve the parties' class action settlement from November 5, 2012 until November 9, 2012, and continue the November 14, 2012 preliminary approval date until November 20, 2012.

Dated: November 5, 2012

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| By:   s/ Douglas M. Werman<br>Douglas M. Werman<br>Maureen A. Salas<br>WERMAN LAW OFFICE, P.C.<br>77 W. Washington, Suite 1402<br>Chicago, Illinois 60602<br>Telephone: (312) 419-1008 | By:  s/Thomas M. Wilde<br>Thomas M. Wilde<br>VEDDER PRICE, P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>Telephone: (312) 609-7500 |