IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTHA PERAZA and MAURA GAWIN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 11 C 8390 ) ) Judge Lee |
| v. | ) ) |
| DOMINICK'S FINER FOODS, LLC, | ) ) |
| Defendant. | ) ) |

**PARTIES' AGREED MOTION FOR PRELIMINARY
APPROVAL OF PROPOSED SETTLEMENT**

Plaintiffs Martha Peraza and Maura Gawin, on behalf of themselves and a class of similarly situated individuals, move this Court for Preliminary Approval of their Proposed Settlement with Defendant Dominick's Finer Foods, LLC. In support of this Motion, Plaintiffs submit a Supporting Memorandum of Law. Defendant supports this motion.

Respectfully submitted,

Dated: November 9, 2012

s/ Maureen A. Salas
DOUGLAS M. WERMAN–dwerman@flsalaw.com
MAUREEN A. SALAS – msalas@flsalaw.com
DAVID E. STEVENS –dstevens@flsalaw.com
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs