IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTHA PERAZA and MAURA GAWIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOMINICK'S FINER FOODS, LLC,<br><br>　　　　　Defendant. | Civil Action No. 11 C 8390<br><br>Judge Lee |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE A MEMORANDUM IN SUPPORT OF THEIR MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT IN EXCESS OF 15 PAGES**

Plaintiffs, by and through their attorneys, hereby request leave to file their Memorandum in Support of Their Motion for Final Approval of Class Action Settlement in excess of 15 pages. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs seek Final Approval of a Class Action Settlement affecting members of the Settlement Class provisionally certified on November 20, 2012.

2. In order to fully discuss the benefits conferred upon the Settlement Class, as well as the factors favoring final approval of the Settlement, Plaintiffs seek leave from the Court to file a Memorandum of Law in excess of 15 pages and not to exceed 22 pages.

3. Defendant does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request the Court grant their motion for leave to file a Memorandum of Law in Support of Final Approval of the Parties' Class Action Settlement in excess of 15 Pages and for a total not to exceed 22 pages.

Respectfully submitted,

Dated:  February 28, 2013

s/Maureen A. Salas
One of Plaintiffs' Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
David E. Stevens – dstevens@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008