IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTHA PERAZA and MAURA GAWIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINICK'S FINER FOODS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 11 C 8390<br>)<br>) Judge Lee<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT

Plaintiffs and the Settlement Class, preliminarily approved by this Court in its order dated November 20, 2012, ECF No. 45, through their counsel, move this Court to grant final approval of the class action settlement reached in this matter. In support of this motion, Plaintiffs submit their Memorandum of Law, and ask that the Court enter the Order Granting Final Approval of Settlement.

Respectfully submitted,

Dated: March 5, 2013

s/Douglas M. Werman
One of Plaintiffs' Attorneys

Douglas M. Werman- dwerman@flsalaw.com
Maureen A. Salas –msalas@flsalaw.com
David E. Stevens- dstevens@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

1